■

**DIAMOND CREDIT UNION**

v.

**SAVORY, R.**

**1647 MDA 2016**

Superior Court of Pennsylvania.

07/10/2017

11–06850
(Berks)

Affirmed

■

**HOFFMAN, D.**

v.

**HOFFMAN, L.**

**1946 MDA 2016**

Superior Court of Pennsylvania.

07/10/2017

914127
(Berks)

Affirmed

■

**B.B.**

v.

**L.Z.**

**1983 MDA 2016**

Superior Court of Pennsylvania.

07/10/2017

2014–2344 (Cumberland)
Affirmed

■

**COM.**

v.

**SOUTER, C.**

**1109 WDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–02–CR–0004878–2016
(Allegheny)
Vacated/Remanded

**COM.**

v.

**ROSENDARY, E.**

**1503 WDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–25–CR–0000036–2014 (Erie)
Affirmed

